UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60964-RS

SAMARIA WILLIAMS,

    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 30], in which Magistrate Judge Alicia O. Valle recommends that the Court deny as moot Plaintiff's Motion for Summary Judgment [DE 21] and Defendant's Motion for Summary Judgment [DE 23], that the Court reverse and remand the Administrate Law Judge's Decision in this matter pursuant to 42 U.S.C. § 405(g), and that the Court administratively close this case. Furthermore, given the parties' agreement that the case should be remanded, Magistrate Judge Valle recommends that the Court forego any objection period to this Report and Recommendation. *See* S.D. Fla. Mag. R. 4(b) (providing a fourteen-day objection period for Magistrate Judge's recommendation unless a different period is prescribed by the Court). Thus, having reviewed Magistrate Judge Valle's Report and Recommendation to District Judge, the record, and given that both parties agree that the case should be remanded, it is hereby,

    **ORDERED** that:

    1. The Report and Recommendation to District Judge [DE 30] is **AFFIRMED and ADOPTED**.

2. The decision of the Administrative Law Judge in this matter is **REVERSED and REMANDED**.

3. Plaintiff's Motion for Summary Judgment [DE 21] is **DENIED as MOOT**.

4. Defendant's Motion for Summary Judgment [DE 23] is **DENIED as MOOT**.

5. All pending motions not otherwise ruled upon are **DENIED as MOOT**.

6. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of August, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record