UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-60964-RS**

SAMARIA WILLIAMS,

    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 33], in which Magistrate Judge Alicia O. Valle recommends that the Court grant Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act [DE 32]. Furthermore, given the parties' agreement, Magistrate Judge Valle recommends that the Court forego any objection period to this Report and Recommendation. *See* S.D. Fla. Mag. R. 4(b) (providing a fourteen-day objection period for Magistrate Judge's recommendation unless a different period is prescribed by the Court). Thus, having reviewed Magistrate Judge Valle's Report and Recommendation to District Judge and the record, it is hereby,

    **ORDERED** that:

1. The Report and Recommendation to District Judge [DE 33] is **AFFIRMED and ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act [DE 32] is **GRANTED**.

    a.  Plaintiff shall be awarded **$5,192.40** in attorney's fees, to be paid to Plaintiff's counsel once the United States Department of the Treasury finds that Plaintiff owes no debt to the Untied States.

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of August, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record